# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. CRITTENDEN, | Case No. 1:15-cv-01228-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION, WITHOUT PREJUDICE |
| v. | |
| GOV. BROWN, | (Doc. 2) |
| Defendant. | |

Plaintiff James E. Crittenden, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 10, 2015, along with an application to proceed in forma pauperis.

Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] Plaintiff has at least three dismissals which qualify as strikes under section 1915(g). *Coleman v. Tollefson*, __ U.S. __, __, 135 S.Ct. 1759, 1765 (2015). The Court takes judicial notice of the following United States District Court cases: *Crittenden v. Yarborough, et al.*, 1:02-cv-05533-OWW-SMS (E.D.Cal.) (dismissed for failure to state a claim on Jul. 24, 2003); *Crittenden v. DiCarlo*, 2:04-cv-09900-UA-MC (C.D.Cal.) (dismissed as frivolous on Jan. 6, 2005); *Crittenden v. Schulteis, et al.*, 1:04-cv-006697-OWW-DLB (PC) (E.D.Cal.) (dismissed for failure to state a claim on

The Court has reviewed Plaintiff's complaint and his allegations do not satisfy the imminent danger exception to section 1915(g).[2] *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007).  If Plaintiff wishes to pursue this action, he must first pay the $400.00 filing fee.

Accordingly, Plaintiff's motion for leave to proceed in forma pauperis is HEREBY DENIED, and this action is DISMISSED, without prejudice to re-filing accompanied by the $400.00 filing fee.

IT IS SO ORDERED.

Dated:   August 14, 2015

SENIOR DISTRICT JUDGE

---

Sep. 21, 2005); and *Crittenden v. Vasquez*, 1:04-cv-06433-AWI-WMW (PC) (E.D.Cal.) (dismissed for failure to state a claim on Sep. 26, 2006).

[2] Plaintiff is presently incarcerated at California Substance Abuse Treatment Facility and State Prison-Corcoran.  His claims arise from his inability to access court orders regarding overcrowding and credit increases, and from injuries he sustained at Wasco State Prison in May 2015, when the walker he was using collapsed.  Plaintiff seeks monetary damages and a time credit increase.