# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. CRITTENDEN, | Case No. 1:15-cv-01228-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE |
| v. | (Doc. 6) |
| GOV. BROWN, | |
| Defendant. | |

Plaintiff James E. Crittenden, # AW5901, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 10, 2015, and the action was dismissed on August 14, 2015, without prejudice to refiling accompanied by the $400.00 filing fee. 28 U.S.C. § 1915(g). On September 14, 2015, Plaintiff filed a motion for reconsideration.

Plaintiff asserts that he was not incarcerated for five or more years prior to bringing this lawsuit, and he requests that the Court take that fact and his indigency into consideration. Plaintiff brought four lawsuits in 2002 and 2004 while he was incarcerated and the subsequent dismissals count as "strikes" under § 1915(g).[1] Even if Plaintiff was out of custody for a number of years between filing those lawsuits and the present lawsuit, the three strikes provision set forth in section 1915(g) continues to apply to this and any other federal lawsuit he brings while

---

[1] Plaintiff's prior prison identification number was H08674.

incarcerated. *Andrews v. King*, 398 F.3d 1113, 1122 (9th Cir. 2005). Plaintiff's indigency is irrelevant to the inquiry.

Accordingly, because Plaintiff is barred under section 1915(g) from bringing this lawsuit in forma pauperis, his motion for reconsideration is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:  October 6, 2015                           _____
                                                  SENIOR DISTRICT JUDGE